FILED
2011 Aug-15 PM 02:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | | |
|---|---|---|
| **JEFF HICKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| vs. | ) | **7:08-cv-00536-LSC** |
| | ) | |
| **MERCEDES-BENZ U.S.** | ) | |
| **INTERNATIONAL, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____

| | | |
|---|---|---|
| **GRALYN LAWSON, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.** |
| | ) | **7:09-01157-TMP** |
| **MERCEDES-BENZ U.S.** | ) | |
| **INTERNATIONAL, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____

### DEFENDANT MERCEDES-BENZ U.S. INTERNATIONAL, INC.'S EVIDENTIARY SUBMISSION IN SUPPORT OF ITS MOTIONS FOR SUMMARY JUDGMENT
### (VOLUME 1)

_____

1932991 v1

**COMES NOW** Defendant, Mercedes-Benz, U.S. International, Inc. ("MBUSI"), and submits its evidentiary submission in support of its motions for summary judgment.[1]

| | |
|---|---|
| Exhibit 1 | Excerpts of the Deposition of Danny Bankston |
| Exhibit 2 | Danny Bankston Bankruptcy Documents |
| Exhibit 3 | Excerpts of the Deposition of Frank Coffin |
| Exhibit 4 | Frank Coffin Bankruptcy Documents |
| Exhibit 5 | Frank Coffin Amended Schedules |
| Exhibit 6 | Excerpts of the Deposition of Gralyn Lawson & Dep. Ex. 3 |
| Exhibit 7 | Gralyn Lawson Transaction Notice |
| Exhibit 8 | Gralyn Lawson Bankruptcy Documents |
| Exhibit 9 | Excerpts of Gralyn Lawson Responses to Interrogatories |
| Exhibit 10 | Excerpts of the Deposition of Melissa Martin & Dep. Ex. 1 |
| Exhibit 11 | Melissa Martin Bankruptcy Documents |
| Exhibit 12 | Melissa Martin Amended Schedule |
| Exhibit 13 | Excerpts of the Deposition of Gary Quarles & Dep. Ex. 1 |
| Exhibit 14 | Gary Quarles Bankruptcy Documents |

---

[1] Pursuant to the Court's Scheduling Order entered July 19, 2011, MBUSI plans to file several motions for summary judgment with supporting briefs and evidentiary submissions. For ease of reference by the Court and to prevent excessive duplication, MBUSI will file its evidentiary submissions in volumes and will refer to them in the subsequent motions and briefs instead of refiling the submissions with each motion.

Exhibit 15    Gary Quarles Amended Schedules

Exhibit 16    Excerpts of the Deposition of Donald White & Dep. Ex. 1

Exhibit 17    Donald White Bankruptcy Documents

Exhibit 18    Donald White Amended Schedule

Exhibit 19    Excerpts of the Deposition of Alvin Williams & Dep. Ex. 1

Exhibit 20    Alvin Williams Bankruptcy Documents

Exhibit 21    Alvin Williams Amended Schedules


        s/ Michael L. Lucas
        Michael L. Lucas (LUC004)
        Ashley H. Hattaway (HAT007)

        Attorneys for Mercedes-Benz U.S. International, Inc.

**OF COUNSEL:**

BURR & FORMAN LLP
420 North 20th Street
Wells Fargo Tower, Suite 3400
Birmingham, Alabama 35203
Telephone:  205-251-3000
Facsimile:  205-458-5100
mlucas@burr.com
ahattawa@burr.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2011, I electronically filed the foregoing Defendant's Evidentiary Submission in Support of Its Motions for Summary Judgment (Volume 1) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas F. Campbell
D. Keiron McGowin
CAMPBELL LAW
1 Chase Corporate Drive
Suite 180
Birmingham, AL 35244

Mark R. Thierman
Joshua Buck
THIERMAN LAW FIRM, APC
7287 Lakeside Drive
Reno, Nevada 89511

          s/ Michael L. Lucas
          OF COUNSEL